**JS 6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELDON FERGUSON | Case No.: CV 16-8393 DSF (RAOx) |
| Plaintiff, | |
| v. | JUDGMENT |
| DEPARTMENT OF VETERANS ADMINISTRATION, et al., | |
| Defendants. | |
| _____ | |

The Court having ordered that the case be dismissed by consent of the plaintiff as evidenced by lack of opposition to a motion to dismiss for lack of subject matter jurisdiction,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and that the action be dismissed without prejudice.

Dated: _____   12/13/16

_____
Dale S. Fischer
United States District Judge